THE CENTRAL FOUNDRY COMPANY, Respondent, *v.* JOHN B. DOWER et al., Defendants, and MARY C. EDDY et al., as Executrices of EDWARD S. COONS, Deceased, Appellants.

(Argued March 19, 1934; decided April 17, 1934.)

*James J. McNaughton* and *Lawrence B. McKelvey* for appellants.

*Stephen H. Keating* and *John B. Lurie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.